FILED & ENTERED

JUN 06 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SANJESH PRASAD SHARMA,<br>ARACELY COLUMBINA SHARMA,<br><br>Debtors.<br>_____<br><br>CARMEN SALCIDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SANJESH PRASAD SHARMA, an individual, ARACELY COLUMBINA SHARMA, an individual, PROJECT REAL LLC, an entity of unknown form, DIVERSE LENDING GROUP, an entity of unknown form, ROYAL KANAN HOMES, INC., a California Corporation, SHARMA DEVELOPMENTS, INC., a California Corporation, ASHTON MANAGEMENT LLC, a California Limited Liability Company, TEAM | Case No. 2:10-bk-61901-PC<br>Assigned to Hon. Peter Carroll<br>Chapter 7<br>Bankruptcy Filing Date: 12/3/2010<br><br>Adv. No. 2:11-ap-01555-PC<br><br>JUDGMENT<br><br>Date: May 29, 2012<br>Time: 9:30 a.m.<br>Place: Courtroom 1468 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SHARMA, INC., an entity of unknown form, BALDWIN PARK BUILDERS LLC, a California Corporation, BLOOMINGTON ESTATES, INC., a California Corporation, and BELLA BUILDERS, INC. an entity of unknown form,<br><br>Defendants. |

Default having been entered and having considered the Plaintiff's motion for entry of a default judgment and supporting evidence, it is

ORDERED that the judgment entered for Plaintiff, Carmen Saucido and against Defendant, Sanjesh Sharma in the amount of $240,000 in Case No. KC051243, styled <u>Saucido v. Sharma Developments, Inc., et al.</u>, in the Superior Court of California, County of Los Angeles, on December 29, 2008, is non-dischargeble under 11 U.S.C. § 523(a)(2)(A); and it is further

ORDERED that Plaintiff, Carmen Salcido take nothing as to Defendant, Aracely Columbina Sharma; and it is further

ORDERED that Plaintiff, Carmen Salcido's request for an award of punitive damages is denied; and it is further

ORDERED that Plaintiff, Carmen Salcido's request for an award of attorneys' fees is denied without prejudice pending compliance with LBR 7055-1(g).

###

DATED: June 6, 2012

_____
United States Bankruptcy Judge

# PROOF OF SERVICE

I am employed in Los Angeles County. My business address is 11766 Wilshire Boulevard, 7th Floor, Los Angeles, CA 90025. I am over the age of 18 years and I am not a party to this action.

On June 5, 2012, I caused to be served the foregoing document, described as: **[PROPOSED] ORDER ON MOTION FOR DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.

- David Brian Lally – davidlallylaw@gmail.com

II. **TO BE SERVED BY THE COURT VIA U.S. MAIL** (indicate method for each person or entity served):

On June 5, 2012 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Peter Carroll<br>Roybal Federal Building<br>255 East Temple Street, Suite 1468<br>Los Angeles, CA 90012 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2012, at Los Angeles, California.

*/s/ Michele A. Seltzer*

MICHELE A. SELTZER

LURIE & PARK
LOS ANGELES

3